UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**DALEY ANTOINE,**              :   CASE NO. 3:14-cv-515-JAM
              **Plaintiff,**   :
  **v.**                        :
                                  :
**CHIPOTLE MEXICAN GRILL, INC.,**  :
              **Defendant.**    :   MARCH 30, 2015
_____:

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties that the Complaint may and shall be dismissed with prejudice and without costs or attorney's fees.

| PLAINTIFF | DEFENDANT |
|---|---|
| DALEY ANTOINE | CHIPOTLE MEXICAN GRILL, INC. |
| By: */s/ Amanda DeMatteis* | By: */s/ Glenn A. Duhl* |
|     Amanda DeMatteis (ct29413) |     Glenn A. Duhl (ct03644) |
|     Cicchiello & Cicchiello LLP |     Siegel, O'Connor |
|     364 Franklin Avenue |     150 Trumbull Street |
|     Hartford, Connecticut 06114 |     Hartford, CT 06103 |
|     Tel: (860) 296-3457 |     Tel. (860) 280-1215 |
|     Fax: (860) 296-0676 |     Fax: (860) 527-5131 |
|     adematteis@cicchielloesq.com |     gduhl@siegeloconnor.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/ Glenn A. Duhl